IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02813-WYD

ROCKY MOUNTAIN NATIONALS, INC.,

    Plaintiff,

v.

ROCKY MOUNTAIN WRESTLING CLUB, INC., a non-profit corporation;
ROCKY MOUNTAIN FREESTYLE WRESTLING, d/b/a of Cole Kelly; and
COLE KELLY, an individual,

    Defendants.

**ORDER**

THIS MATTER is before the Court in connection with Plaintiffs' Motion for Preliminary Injuctive [sic] Relief and Memorandum in Support of the Motion filed October 27, 2011.  The Court, having reviewed the motion and file and being fully advised in the premises,

ORDERS that service of all pleadings in this case (including this Order) shall be accomplished on the Defendants by **Tuesday, November 8, 2011**.  It is

FURTHER ORDERED that once service is accomplished, counsel for the parties shall jointly contact my Chambers at (303) 844-2170 to set a hearing on the Motion for Preliminary Injunctive Relief.  Once a hearing has been set, a briefing schedule will be established for the motion.

Dated: October 28, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge