IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02813-WYD-KLM

ROCKY MOUNTAIN NATIONALS, INC.,

    Plaintiff,

v.

ROCKY MOUNTAIN WRESTLING CLUB, INC., a non-profit corporation;
ROCKY MOUNTAIN FREESTYLE WRESTLING, d/b/a of Cole Kelly; and
COLE KELLY, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Stay Deadlines filed December 6, 2011 (ECF No. 22) is **GRANTED**.  The deadline for the filing of a responsive pleading is stayed pending the filing of a Stipulated Motion to Dismiss.

    Dated: December 13, 2011.