IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02813-WYD

ROCKY MOUNTAIN NATIONALS, INC.,

      Plaintiff,

v.

ROCKY MOUNTAIN WRESTLING CLUB, INC., a non-profit corporation;
ROCKY MOUNTAIN FREESTYLE WRESTLING, d/b/a of Cole Kelly; and
COLE KELLY, an individual,

      Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal with Prejudice filed December 16, 2011 (ECF No. 25), it is

ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs, expenses and fees, including attorneys' fees.

Dated:  December 22, 2011

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge